ALFRED PERRY, Appellant, v. EDWARD C. STROHM, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

GAUMONT BRITISH PICTURE CORPORATION OF AMERICA, Respondent, v. MAX J. FINK, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion denied, on the ground that the record clearly shows there are issues of fact which must await trial. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

GRACE D. HETNER and Others, Appellants, v. PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Respondent.— Judgment unanimously reversed and order modified by allowing plaintiffs to serve an amended complaint setting forth their individual causes of action under section 209 of the Civil Practice Act, and to amend the title accordingly, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

HAIG REALTY CORPORATION, Respondent, v. SAYLES ZAHN COMPANY, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

MARGARET LAUN and CONRAD LAUN, Respondents, v. JOHN KARL, Defendant, Impleaded with CECELIA J. KARL, Appellant.— Judgment and order unanimously reversed, with costs, and the complaint dismissed, with costs, on the ground that no actionable negligence was proved by the plaintiffs. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

HARRY SPINGLER, Appellant, v. THOMAS J. CUFF, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

In the Matter of the Petition of ARTHUR C. SOGNO, Petitioner, Respondent, as Stockholder and Director on Behalf of Himself and All Other Stockholders Named in the within Petition to Procure the Dismissal of FERDINAND J. ULRICH and CLARA L. ULRICH, as Directors of ARTHUR & ULRICH, INC., Appellants.— Order unanimously reversed, with twenty dollars costs and disbursements and motion denied, without prejudice to a proper proceeding to which the corporation is a party. (See Matter of Keogh, Inc., 192 App. Div. 624.) Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

CHARLES C. HOGE and Others, Respondents, v. ALLIANCE CASUALTY COMPANY and INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Appellants.— Order entered January 14, 1937, unanimously modified to the extent of reframing item numbered 3 to read as follows: " As to the failure of the plaintiffs to notify the American Surety Company, Fidelity & Casualty Company or the defendant of any larceny, embezzlement, misappropriation, theft, forgery, or any other dishonest act of John D. Uhlenbusch," and as so modified affirmed, without costs. Appeal from order denying motion for reargument dismissed. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

In the Matter of the Petition of WILFRID S. DOWLING for the Appointment of a Referee.— Proceeding dismissed. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.